**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Rodolfo Noel Sandoval-Macias**<br>YOB: 1978; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-01566MJ |

Complaint for violation of Title 8, United States Code Section 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about March 14, 2025, at or near Tucson, Arizona, in District of Arizona, **Rodolfo Noel Sandoval-Macias**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, AZ, on January 22, 2022, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Rodolfo Noel Sandoval-Macias** is a citizen of Mexico. On January 22, 2022, **Rodolfo Noel Sandoval-Macias** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, AZ. On March 14, 2025, agents found **Rodolfo Noel Sandoval-Macias** in the United States, at or near Tucson, Arizona, without the proper immigration documents. **Rodolfo Noel Sandoval-Macias** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>**Sworn to telephonically.** | SIGNATURE OF COMPLAINT (official title)<br>MARCO BANUETT (Affiliate) <span style="font-size:smaller">Digitally signed by MARCO BANUETT (Affiliate)<br>Date: 2025.03.14 14:29:48 -07'00'</span><br><br>OFFICIAL TITLE<br>Deportation Officer |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>March 14, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA:Hopkins